UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Chad Burrett,
            Plaintiff

        V.

Marquez, correction officer,
            Defendant

Case no. _____

SCANNED at CCC
and Emailed
1/6/25 by CC .26 pages
    date      initials    No.

January 6, 2025

## Introduction

This is a civil rights complaint, filed by Pro se Plaintiff Chad Burrett, inmate no. 398198 for damages under 42 U.S.C. §1983, alleging excessive use of force in violation of the Eighth Amendment the United States Constitution against Defendant Marquez for physical injury he caused with intent and absent penological justification for

## Jurisdiction

1. This court has jurisdiction over the Plaintiff's claims of violation of federal constitutional rights under 42 U.S.C. §§ 1331(a) and (1343).

## Parties

3. Plaintiff, Chad Burrett, is an inmate at the Corrigan Correction center in Uncasville, Connecticut and was at such time during the course of the violation described herein.

4. Defendant Marquez was a Correction Officer employed by the Connecticut Department of Correction and was assigned to the Corrigan Correction Center at the time of this violation. He is being sued in his individual capacity.

## Factual Allegations

5. On January 15, 2022 at approximately 10:07am Defendant Marquez was conducting a routine tour within the "Alpha pod" of the Corrigan Correction center.

6. When Defendant arrived at cell 212 (which housed the Plaintiff), Plaintiff simply asked the Defendant if the jail was on lockdown.

7. An argument, momentarily, an argument erupted between Plaintiff and Defendant over this matter of which, Defendant claimed the Plaintiff became verbally abusive by shouting obscenities to Defendant.

8. During this argument, Defendant Marquez threaten the Plaintiff, stating, "I'll punch you in your fuckin' face, man".

9. A mere three (3) seconds later Defendant made good on his word by literally punching through the cell door window. See Exhibit no. 1 attached hereto.

10. From Defendant Marquez's punch, it shattered the window; see Exhibits nos. 1 and 2, which Plaintiff was standing on the other side off.

2

11. Consequently, glass projectiles, from Defendant's strike, merged to Plaintiff's left facial area and eye, thereby causing extreme pain, lacerations and a shard of glass in Plaintiff's left eye.

12. It was determined by facility nursing staff and by on call jail Dr. Vallente that Plaintiff would be sent to Backus Hospital's Emergency Room for further evaluation and treatment. SEE EXhibit no. 3

13. Backus Hospital RN Morgan Hepple diagnosis of Plaintiff's injuries was that of facial laceration and foreign body of left eye on 1-15-22. See EXhibit no. 4

14. Jail Doctor, Brian Radcer, cited the results of Plaintiff's examination and treatment at the Emergency room, confirming that Plaintiff did have a piece of glass in his left eye. See EXhibit no. 5.

15. Defendant Marquez's actions were the direct and clear cause of Plaintiff's physical injuries and pain sustained on January 15, 2022

16. Defendant Marquez acted criminally by admittedly punching the window, thereby shattering it and consequently causing physical injury to Plaintiff. Defendant's actions were therefore outside

3

Scope of Defendant's duties of a correction officer.

17. Defendant, in lieu of writing a disciplinary report for Plaintiff's alleged verbal abuse chose to act like a street criminal by damaging Connecticut State property; SEE Exhibit no. 1 in attempts to fulfill his criminal intent by committing battery via punching at the Plaintiff and successfully causing physical injury which Plaintiff was treated for. SEE Exhibit nos. 6, 4

## Cause of Action

18. The sole actions of Defendant Marquez in using unjustifiable and unauthorized physical force — and clearly absent any imminent threat — against Plaintiff Barrett constitutes as excessive use of force and morphing into cruel and unusual punishment, thus in violation of Plaintiff's Eighth Amendment right to the United States Constitution.

19. Defendant's actions violated various institutional policies, i.e. administrative directive nos. 9.3., 6.5 and 2.17, prohibiting physically abusive conduct and the like, conforming and supported by the Constitution's Eighth Amendment prohibition on cruel and unusual punishment and; consequently, which would otherwise fail to shield the Defendant from any qualified immunity in this action

4

## EXHAUSTION OF ADMISTRATIVE REMEDIES

20. Plaintiff has exhausted all administrative remedies in this matter.

## PRIOR CASES FILED

21. This is Plaintiff's First civil complaint.

## RELIEF REQUESTED

A. That this court find and order that the Defendant pay compensutory damages in the sum of $150,000.00 to Plaintiff.

B. That in the event of a jury trial, Defendant be ordered to pay $250,000.00 to Plaintiff for Defendant's ill will and desire to injure.

C. That Defendant be order to announce a written or verbal apology to Plaintiff for his action of criminal battery.

D. Any and other relief deemed appropriate by the court.

E. Plaintiff wishes to have a trial by jury

5

Executed on this __6__ day of January, 2025 by Plaintiff. in the county of

Respectfully submitted
By CRad _____



EXHIBIT
no. 2



## Photograph Evidence
### Connecticut Department of Correction

N 6904
REV 01/03/17

| ☒ Facility/Unit: Corrigan CC | ☒ Parole Office: N/A |
|---|---|

| Incident Report Number (if applicable): CCC-2022-01-041 | Photo Number: 3 Of 6 |
|---|---|

| Inmate Name: Barrett, Chad | Inmate Number: 415857 |
|---|---|

Staff member taking photograph: Lieutenant Potts

Brief Description of the photograph: A-Pod Cell 212 Damaged Glass Inside of Cell View

INSERT one (1) Photograph below:

| Supervisor Name: ▮▮▮ Vargas | Date: 01-15-2022 |
|---|---|
| Supervisor Signature ▮▮▮ VARGAS | |



# Photograph Evidence
## Connecticut Department of Correction

CN 6904
REV 01/03/17

☒ Facility/Unit: Corrigan CC

☒ Parole Office: N/A

Incident Report Number (if applicable):
CCC-2022-01-041

Photo Number:

4 of 6

Inmate Name: Barrett, Chad

Inmate Number: 415857

Staff member taking photograph: Lieutenant Potts

Brief Description of the photograph: Photograph of Shattered Glass Pieces on Floor of A-Pod Cell 212

INSERT one (1) Photograph below:



Supervisor Name: ▮▮▮▮ Vargas

Date: 01-15-2022

Supervisor Signature ▮▮▮ VARGAS



## Shift Commander Overview and Notification
### Connecticut Department of Correction

*(handwritten) Exhibit no. 2*

| Report Number: CCC-2022-01-041 | | | | | Pag | | | | | 2<br>3 |
|---|---|---|---|---|---|---|---|---|---|---|

| ☒ Facility/Unit: Corrigan Radgowski CC | | | | ☐ Parole Office/Unit | | | | |
|---|---|---|---|---|---|---|---|---|

| Date: 1/15/22 | Time: 10:07 | ☐ am | ☒ pm | Incident Class: | ☐ 1. | ☒ 2. | ☐ 3. | Type: P |
|---|---|---|---|---|---|---|---|---|

Incident Location: Alpha Pod

| Prepared By: ▉ Porylo | Title: Captain |
|---|---|

### Overview and Summary (Utilize CN 6605, Incident Report Supplemental for addition information)

I, Captain ▉ Porylo, read and reviewed incident report package CCC-2022-01-041 for accuracy and compliance.

Overview

On 1/15/22 at 10:07 am, Officer ▉ Marquez was conducting a routine tour in Alpha Pod. Officer Marquez stated inmate Barrett Chad 415857 stopped him to ask the reason the facility was secured. After several attempts to explain to the inmate he became angry and began yelling obscenities at the Officer. Officer Marquez stated he struck the cell window with his right hand out of frustration and the cell window shattered.

Lt ▉ Vargas was contacted via hand held radio to report to Alpha Pod. Lt Vargas stated he reported to the unit and observed cell 212 with the shattered glass with inmates inside the cell. Lt Vargas observed inmate Barrett with an injury below his left eye. Lt Vargas supervised the inmate removed from the cell. Inmate Barrett was escorted to the counselor's office and assessed by medical staff. Medical noted multiple lacerations to the face. Per the on-call Dr Balletta inmate Barrett was sent to an outside hospital for further assessment (non-covid related), non-emergent, facility trip.

- The inmate was escorted to Admitting & Processing A&P.
- The inmate was secured in transportation restraints. The restraints were checked by Lt Vargas.
- The inmate was secured in a facility van C-169661.
- Officer ▉ Olson (armed) and ▉ Skelton were assigned the trip.
- At 10:45 pm, the inmate was transported to Backus Hospital.

▉▉▉▉▉

At 1:00 pm, the inmate was discharged and returned to the facility. Medical staff assessed the inmate and cleared him for GP. The inmate was housed in RHU temporarily due to all the cells in Alpha Pod being full.

The inmate alleged he had glass in his eye. The hospital staff did not note removing any glass from the inmate's eye. Per Dr Rader medical will schedule an appointment with the optometry as a follow up.

Continued on Incident Report - Supplemental

### Notifications

| | | | | | |
|---|---|---|---|---|---|
| Duty Officer: Warden Martin | Date: 1/15/22 | Time: | 11:00 | ☒ am ☐ pm |
| Unit Administrator: | Date: | Time: | | ☐ am ☐ pm |
| District Administrator: | Date: | Time: | | ☐ am ☐ pm |
| Deputy Commissioner: | Date: | Time: | | ☐ am ☐ pm |
| Commissioner: | Date: | Time: | | ☐ am ☐ pm |
| Regional Chief Operating Officer: | Date: | Time: | | ☐ am ☐ pm |
| Central Office: | Date: | Time: | | ☐ am ☐ pm |
| Outside Agency: | Date: | Time: | | ☐ am ☐ pm |
| Police/Fire: | Date: | Time: | | ☐ am ☐ pm |
| Public Information Officer: | Date: | Time: | | ☐ am ☐ pm |
| CISRP Coordinator: | Date: | Time: | | ☐ am ☐ pm |

### Shift Commander Signature

| Supervisor Name (Print): ▉ Porylo | | Title: Captain |
|---|---|---|



## Incident Report Package List of Contents
### Connecticut Department of Correction

CN 6601
REV 6/25/20

| ☒ Facility/Unit: Corrigan CC | | | | ☒ Parole District: N/A | | |
|---|---|---|---|---|---|---|

| Date: January 15, 2022 | Time: 10:07 | ☒ am | ☐ pm | Report number: CCC-2022-01-041 |
|---|---|---|---|---|

| Incident class: ☐ 1 ☒ 2 ☐ 3 | Type: P | Incident location: A-Pod Housing Cell 212 |
|---|---|---|

Incident description: Shattered Glass Incident Inmate Barrett, Chad 415857 / Officer ▓ Marquez

| | Report Forms | Attached | # of Pages |
|---|---|---|---|
| 1. | CN 6601, Incident Report Package List of Contents | X | 1 |
| 2. | CN 6602, Shift Supervisor Overview/Notification Sheet | X | 3 |
| 3. | CN 6603, Critical Incident Brief | X | 1 |
| 4. | CN 6604, Incident Report | X | 1 |
| 5. | CN 6605, Incident Report- Supplemental | X | 9 |
| 6. | CN 6606, Medical Incident Report/Electronic Health Record Medical Incident Report | X | 4 |
| 7. | CN 6607, Report of Assault on Staff | | |
| 8. | CN 6608, Informational Log | | |
| 9. | CN 6609, Inmate Interview Statement | X | 3 |
| 10. | CN 6610, Inmate Request/Waiver for Criminal Charges against another Inmate | | |
| 11. | CN 6501, Use of Force Report | X | 4 |
| 12. | CN 6901, Physical Evidence Tag and Chain of Custody | X | 2 |
| 13. | CN 6902, Supervisor Video Review — ☒ Tracking #: CCC-VP-22-0067 – CCC-VP-22-0069 | X | 1 |
| | ☐ Tracking #: | | |
| | ☐ Tracking #: | | |
| 14. | CN 6904, Photograph Evidence form | X | 6 |
| 15. | CN 61001, Inmate Property Inventory Form | | |
| 16. | CN 61201, PREA Incident Checklist | | |
| 17. | CN 61202, Initial Report or Allegation of Sexual Harassment | | |
| 18. | CN 9307, Inmate Overview Sheet | X | 2 |
| 19. | CN 9401, Restrictive Housing Unit Status Order | | |
| 20. | CN 9503, Disciplinary Report | | |
| 21. | CN 9510, Mental Health Disciplinary Review Form/Electronic Health Record Mental Health Disciplinary Review Form | | |
| 22. | CN 9901, Request for Protective Custody | | |
| 23. | CN 9902, Separation Profile Entry/Update/Deletion Request | | |
| 24. | Health Evaluation for Restrictive Housing Unit Placement | | |
| 25. | Maintenance Work Request | X | 1 |
| 26. | Miscellaneous Documents: ☐ | | |
| 27. | AD 6.6; Attachment A, POWER Card (Applicable if CN 6607, Summary of Assault on Staff is completed) | | |
| | Total number of pages (including this page) → | | |

### Supervisory Sign Off

| Completed by (Print): ▓ Vargas | Title: Lieutenant |
|---|---|
| Signature: VARGAS | Date: 01-15-2022 |

### Action taken by Reviewer:

| ☑ Approved | ☐ Returned | Date Returned: | Reason: |
|---|---|---|---|
| Reviewed by (Print): | | | Title: ▓ |
| Signature | | | Date 1/18/22 |



I Xhibit
no.
3

# Incident Report – Supplemental
## Connecticut Department of Correction

| Report Number: CCC-2022-01-041 | Page |
|---|---|

| ☒ Facility/Unit: Corrigan CC | ☒ Parole Office/Unit: N/A |
|---|---|

| Date of Incident: 01-15-2022 | Time of Incident : 10:07 | ☒ am ☐ pm |
|---|---|---|

| Incident Location: Alpha Pod Cell 212 | | |
|---|---|---|

| Prepared By: ▮▮▮ Vargas | Title:   Lieutenant |
|---|---|

**Narrative**

On January 15, 2022 I, Lieutenant ▮▮▮ Vargas was assigned as the ▮▮▮▮▮▮▮ of the Corrigan Buildings ▮▮▮▮▮ At approximately 10:07am I was called via hand held radio by A-Pod Staff Correction Officer ▮▮ Chapman to ▮▮ radio sign to respond to the area. Upon arrival to A-Pod Housing Unit I encounter Officer ▮▮▮ Marquez with an ▮▮▮▮▮▮▮▮▮▮ At this time, I asked the Officer what happened said officer said he had palm strike the window on A-pod cell 212 and said window shattered. I instructed Officer Marquez to head to medical unit for treatment. I called via hand held radio to ▮▮▮▮▮▮▮ for available staff and a camera to be delivered to the unit. It was at this time I proceeded to cell 212 where I encountered the broken glass on the door which looked like a perfect circle in the middle of the glass such as a palm strike like Officer Marquez explained it had occurred. Inside the cell was Inmate ▮▮▮▮▮▮ who was laying on his bunk with no injuries and Inmate Barrett, Chad #415857 who was on front of the door during the incident and seemed to have multiple lacerations to face (left) upper eye lid as a result to the shattered glass.

At 10:30am I directed Officer ▮▮▮ Burres to sign on ▮▮▮▮▮ At this time A-pod cell 212 was opened and Inmate ▮▮▮ and Barrett were escorted out of the cell and padded down for Inmate and staff safety by Officer ▮▮ Fior yielding negative findings. Both inmates were escorted out the cell and the cell was secured till further notice due to the shattered glass window. Inmate Barrett was escorted by Officer Fiore to the counselor's office area where medical evaluated inmate Barrett for his injuries. At this time medical cleaned the facial area of inmate Barrett which had a large amount of blood due to the glass that shattered near his face. Upon further evaluation by medical staff it was determined by the On-call Dr. Valletta to send Inmate Barrett to outside hospital (Backus Hospital) Emergency Room for further evaluation. At this time a facility non-emergent trip was set up. Inmate Barrett clothing was stained with blood from his injuries. He was provided with clean Tans (pants and shirt) and a clean white (T-shirt). It was at this time I logged off the hand held camera and instructed Officer Burres to log off the time was 10:40am. Inmate Barrett was placed on a trip set up by Officer Fior ▮▮▮▮▮▮▮▮▮ Inmate Barrett was transported via facility vehicle Van ▮▮▮ along with ▮▮▮▮ Olson assigned ▮▮▮▮ and ▮▮▮▮ Skelton ▮▮▮▮ At about 1pm inmate Barrett was returned to the Corrigan CC facility and cleared to return to general population. Said inmate was housed on the RHU over flow unit due to current A-Pod cell 212 being out of service for shattered window. Inmate ▮▮▮ was housed in ▮▮▮▮ for the same circumstances.

- Supervisor Summary Cont. -

| Reporting Employee Name (Print): ▮▮▮ Vargas | Title: Lieutenant |
|---|---|

| Signature: *VARGAS* | | |
|---|---|---|

| Report Date:   01-16-2022 | Report Time: 4:00 | ☐ am ☒ pm |
|---|---|---|

| Type of Report | ☐ Individual | ☒ Supervisor Summary |
|---|---|---|



# Incident Report – Supplemental
## Connecticut Department of Correction

C
REV 1(

| Report Number: CCC-2022-01-041 | | **Page** | · | **of** |
|---|---|---|---|---|

☒ Facility/Unit:  Corrigan CC

☐ Parole Office/Unit: N/A

| Date of Incident:  01-15-2022 | Time of Incident : 10:07 | ☒ am  ☐ pm |
|---|---|---|

Incident Location:  Alpha Pod Cell 212

| Prepared By: ▉ Vargas | Title:   Lieutenant |
|---|---|

### -Supervisor Summary Cont.-

Upon Inmate Barrett's return to the Facility from Backus Hospital Emergency Room I gave the inmate a (CN 6609) Inmate interview statement. Upon review of the statement inmate Barrett stated that he was trying to acknowledge Officer Marquez attention by calling his name and knocking on the cell window Officer did not respond. At this time said inmate claims that Officer Marquez eventually responded after a few attempts and responded disrespectfully and with attitude according to Inmate Barrett. Inmate Barrett stated that Officer Marquez returned to his cell A-Pod 212 and strike the cell door window causing the window to shatter exposing broken glass on the tier and inside cell 212. Inmate Barrett stated that as Officer Marquez strike the cell window with his (right) hand palm area the shattered glass caused several abrasions to his face and several pieces of glass inside of his left eye lid area.

It should be noted that Inmate Barrett, Chad #415857 stated several times that he wanted to press outside charges. Inmate Barret was informed he can utilize the facility inmate phone system or as a second option write to Connecticut State Police (CSP).

**Conclusion**

- The incident report tracking data base created incident report number CCC-2022-01-041

### -Supervisor Summary Cont.-

| Reporting Employee Name (Print): Vargas, ▉ | Title: Lieutenant |
|---|---|

Signature:  /VARGAS

| Report Date:  01-16-2022 | Report Time: 4:00 | ☐ am  ☒ pm |
|---|---|---|

| Type of Report: | ☐ Individual | ☒ Supervisor Summary |
|---|---|---|

**Hartford**
**HealthCare**
Connect us Healthier.

Barrett, Chad
MRN: 2000044372, DOB: 6/18/1998, Sex: M

## ED Arrival Information

| Expected | Arrival | Acuity |
|---|---|---|
| - | 1/15/2022 11:30 AM | 4 |

| Means of arrival | Escorted by | Service | Admission type |
|---|---|---|---|
| Car | Correction Officer | Emergency Medicine | Emergency |

**Arrival complaint**
glass in left eye

## Chief Complaint

| Complaint | Comment |
|---|---|
| Foreign Body in Eye [130021] | |

## Diagnoses

| Diagnosis | Comment |
|---|---|
| Foreign body of left eye, initial encounter | |
| Facial laceration, initial encounter | |

## Allergies (Reviewed on: 01/15/22)

| Agent | Severity | Comments |
|---|---|---|
| Tenex [Guanfacine] | High | |

## ED Treatment Team

| Provider | Role | From | To | Phone | Pager |
|---|---|---|---|---|---|
| Cathryn Quenna Smith, PA | Physician Assistant | 01/15/22 1136 | — | 860-823-6389 | |
| Morgan Hepple, RN | Registered Nurse | 01/15/22 1141 | — | 860-889-8331 | |

## Discharge Orders (From 01/15/22 1130 through 01/15/22 1247)

| Start | Ordered | | Status | Ordering User |
|---|---|---|---|---|
| 01/15/22 0000 | 01/15/22 1234 | cephalexin (KEFLEX) 500 MG capsule 2 times daily | Ordered | SMITH, CATHRYN QUENNA |
| 01/15/22 0000 | 01/15/22 1234 | erythromycin (ILOTYCIN) ophthalmic ointment | Ordered | SMITH, CATHRYN QUENNA |

Exhibit no. 4

01/20/22   15:42:50   Hartford Healthcare   ->          FacsimileTransmittal Page 003

Barrett, Chad
MRN: 2000044372, DOB: 6/18/1998, Sex: M

**Hartford HealthCare**
*Connect us healthier.*



## CORRECTIONAL MANAGED HEALTH CARE

### Corrigan Correctional Center

986 Norwich-New London Turnpike, Uncasville, CT 06382

Date: 1/18/22                Time: ..........

To:                          From: Monica Vazquez Medical Records Clerk
Prachus
                             Facility: Corrigan

                             Phone: 860-848-5803
Fax: 800-997-2723            Fax: 860-848-5802

Number of pages in this transmission including cover page: 2

X URGENT   [ ]FOR REVIEW   [ ]PLEASE COMMENT   [ ]PLEASE REPLY

**MESSAGE:**

Release Attached: Barrett Chad
6/18/98
ASAP / #UT58857

This facsimile may contain personal and confidential health information. The recipient of protected health information (PHI) is obligated to protect this information by maintaining it in a safe, secure and confidential manner, Re-disclosure of such information without the expressed consent of the patient or as permitted by law is prohibited. Unauthorized re-disclosure or failure to maintain confidentiality of such information may subject you to penalties contained in federal and state law.

IMPORTANT WARNING: This information is intended for the use of the person or entity to which it is addressed. If the reader of this FAX is not the intended recipient or the employee or agent responsible for the delivery of this information to the intended recipient, you are hereby notified that any dissemination, distribution or copying of protected health information (PHI) is STRICTLY PROHIBITED. If you have received this fax in error, notify the sender immediately and destroy documents.

Sorry for being a pain
but we need these right
away for the Doctor / treatment
needed. Please 3 - thank you.

**Corrigan Building**                                                        11/22/2024
986 Norwich-New London Turnpike
Uncasville, CT 06382                              Medical Prescriber : Cinic Note- L eye injury
Main: 8608485700 Fax: 8608485821                      Date of Service: 1/25/2022

**CHAD   BARRETT**
Male DOB: Jun 18, 1998                    17466

EXhibit
no 6

**Encounter Context**
**Facility at time of evaluation:** Corrigan Building
**Age at Time:** 23 Years Old

**General Note**
**General Note Type:**   Medical Prescriber
**Subject:**   Cinic Note- L eye injury
**Note:**   IM seen for eye injury due to glass FB in the ED at Backus hospital on 1/15/22.

Discussed IM with treating provider Cathryn Smith, PA on 1/24/22. She stated to me she clearly remembered the pt. initially he complained of being unable to see out of his L eye. During the exam, she was able to evert the eyelid, and removed a small piece of glass from under the eyelid. It was not embedded. On re-examination, after removal, there was no noted fluorescein stain uptake to suggest any abrasions, lacerations, or further retained foreign bodies/glass. At that time, visual acuity was checked and noted to be 20/70. Pt without his glasses.

Ms Smith further relayed that there might be a retained foreign body/piece of glass in the abrasion under the L eye, but the pt became severely agitated and refused further exploration.   Pt was subsequently discharged.

Signed By: Rader MD, Brian at 1/25/2022 2:29:07 PM

1 of 1

**Corrigan Building**                                                    11/22/2024
986 Norwich-New London Turnpike
Uncasville, CT 06382                                         Optometry/Opthalmology Consult
Main: 8608485700 Fax: 8608485821                    Date of Service: 1/26/2022

## CHAD   BARRETT
Male DOB: Jun 18, 1998                        17466

**Encounter Context**
**Facility at time of evaluation:** Corrigan Building
**Age at Time:** 23 Years Old

**Chief Complaint:**    On th 15 of january patient had glass go into OS. He was seen at Backus, where they removed 5 pieces of glass from his eye.
**Past Ocular History:**    none
**Current Medications:**
IBUPROFEN 600 MG ORAL TABLET (IBUPROFEN) 1 po BID/TID PRN
ASMANEX HFA 200 MCG/ACT INHALATION AEROSOL (MOMETASONE FUROATE) 1 puff BID rinse mouth after
VENTOLIN HFA 108 (90 BASE) MCG/ACT INHALATION AEROSOL SOLUTION (ALBUTEROL SULFATE) 2 puffs Q6 PRN for wheezing

**Current Problems**
COVID-19 asymptomatic, tested positive (ICD10-U07.1)
COVID-19 coronavirus infection (ICD-079.89) (ICD10-U07.1)
Endodontic overfill (ICD-526.62) (ICD10-M27.52)
Oral mucositis (ICD-528.00) (ICD10-K12.30)
Chronic apical periodontitis (ICD-522.6) (ICD10-K04.5)
Chronic periodontitis, unspecified (ICD-523.40) (ICD10-K05.30)
Dental caries extending into dentine (ICD-521.02) (ICD10-K02.62)
Asthma (ICD-493.90) (ICD10-J45.909)
Underweight (ICD-783.22) (ICD10-R63.6)
CANNABIS DISORDER-UNSPECIFIED
ALCOHOL USE DISORDER-MODERATE
POSTTRAUMATIC STRESS DISORDER
ADD/ADHD UNSPECIFIED

**Allergies:**
* TENEX (Critical)

**Vsc:**
**OD** 20/40
**OS** 20/60
**Slit Lamp & Fundus Findings:** sle conjunctiva white with nafl stain there is no staining/OS
**Impression/Plan:**    patient instructed to Dc the ointment he has been using in his OS.I will do a f/u appt in 1 week.

Signed By: Medwick OD, Ronald at 1/26/2022 10:33:34 AM

1 of 1

EXhibit
no. 6



## Photograph Evidence
### Connecticut Department of Correction

| ☒ Facility/Unit: Corrigan CI | ☒ Parole Office: |
|---|---|
| Incident Report Number (if applicable): CCC-2022-01-041 | Photo Number: \ Of 6 |
| Inmate Name: Barrett, Chad | Inmate Number: 415857 |

Staff member taking photograph: Lieutenant Potts

Brief Description of the photograph: Inmate Barret's Facial Photograph

**INSERT one (1) Photograph below:**



| Supervisor Name: ▇ Vargas | Date: 01-15-2022 |
|---|---|
| Supervisor Signature ▇ Vargas | |



# Photograph Evidence
## Connecticut Department of Correction

CN 6904
REV 01/03/17

| ☒ Facility/Unit: Corrigan CC | ☒ Parole Office: N/A |
|---|---|
| Incident Report Number (if applicable): CCC-2022-01-041 | Photo Number: 2 of 6 |
| Inmate Name: Barrett, Chad | Inmate Number: 415857 |

Staff member taking photograph: Lieutenant Potts

Brief Description of the photograph: Outside View of A-Pod Cell 212 Damaged Glass

INSERT one (1) Photograph below:



| Supervisor Name: ▮▮▮ Vargas | Date: 1-15-2022 |
|---|---|
| Supervisor Signature: ▮▮ Vargas | |